**pLOKER LAW, APC**
Matthew M. Loker, Esq. (SBN 279939)
matt.loker@loker.law
Andrei Armas, Esq. (SBN 299703)
andrei.armas@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

Attorney for Plaintiff,
LUJUAN D. TILLMAN-MOORE

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE. CA 93420

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUJUAN D. TILLMAN-MOORE,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE CAPITAL & INVESTMENT, LLC, et al.,<br><br>Defendants. | Case No.: 2:26-cv-02040-TLN-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING DEADLINES RE: DEFENDANT THE LOAN STORE, INC.'S MOTION TO DISMISS (ECF NO. 27)**<br><br>Complaint Filed: June 3, 2026<br><br>Hearing Date: October 1, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Trial Date: None Set |

Having considered the parties' Joint Stipulation to Extend Plaintiff's Opposition Deadline and Defendant The Loan Store, Inc.'s Reply Deadline regarding the Motion to Dismiss (ECF No. 27), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's deadline to file any opposition or statement of non-opposition to Defendant The Loan Store, Inc.'s Motion to Dismiss (ECF No. 27) is extended to and including August 18, 2026;
2. Defendant The Loan Store, Inc.'s deadline to file any reply in support of the Motion is August 28, 2026; and
3. The hearing on the Motion remains set for October 1, 2026 at 2:00 p.m. in Courtroom 2 before the Honorable Troy L. Nunley.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Troy L. Nunley
Chief United States District Judge

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420